UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TIMOTHY ALLEN, | No. C 14-2570 LB |
| Plaintiff, | **ORDER FOR PERSONAL SERVICE OF PROCESS ON DEFENDANT** |
| v. | |
| DR. NORUM, | |
| Defendant. | |
| _____/ | |

The court ordered the United States Marshal to attempt service of process on defendant Dr. Norum at Pelican Bay State Prison. ECF No. 5 at 3. Upon inquiry by court staff, a Marshal's representative reported that defendant is no longer at the prison address mentioned in the complaint and the Marshal was attempting to serve process on defendant at a new address. That effort was unsuccessful. ECF No. 11. Court staff has located another address for Dr. Vance Norum on the California website for medical licenses -- 16 Cedros Avenue, Salinas, California – at which personal service now must be attempted by the Marshal. Accordingly,

1. The clerk shall issue another summons for Dr. Vance Norum at 16 Cedros Avenue, Salinas, California, and send to the Marshal a new packet of documents (i.e., the summons, a copy of the amended complaint, a copy of all other documents in the file for this case, and a form to

consent/decline magistrate judge jurisdiction) for service of process.

2. The Marshal must attempt to serve process **by hand delivery** on Dr. Norum at 16 Cedros Avenue, Salinas, California.

3. No later than **January 2, 2015**, the Marshal shall file either (a) a USM-285 "process receipt and return" form showing that personal service of process was accomplished, or (b) a written report describing all his efforts to serve Dr. Norum at the 16 Cedros Avenue address.

**IT IS SO ORDERED.**

Dated: December 8, 2014

LAUREL BEELER
United States Magistrate Judge